UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                 No. C 13-3971 SI (pr)

RYANT T. PRATT,                                           **JUDGMENT**

        Plaintiff.
                                                    /

      This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

      IT IS SO ORDERED AND ADJUDGED.

Dated: January 21, 2014                            _____
                                                                    SUSAN ILLSTON
                                                                    United States District Judge