**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                      No. C 13-3971 SI (pr)

RYANT T. PRATT,                      **AMENDED ORDER OF DISMISSAL**

          Plaintiff.

_____ /

Plaintiff sent to the court a letter complaining about conditions of confinement at the Salinas Valley State Prison, where is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on August 27, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint, and the deadline by which to do so has long passed. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. Plaintiff's *in forma pauperis* application is GRANTED. (Docket # 4.) The clerk shall close the file.

IT IS SO ORDERED.

Dated: January 24, 2014                            _____
                                                                      SUSAN ILLSTON
                                                                 United States District Judge